IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

    Plaintiff,                    No. CIV S-05-1391 DFL PAN P

    vs.

STOCKTON VALLEY FEDERAL S&L, et al.,

    Defendants.                ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: May 25, 2006.

                                                     /s/ [signature]
                                         UNITED STATES MAGISTRATE JUDGE

12
over1391.59